

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00132-CV

Louise **JENSCHKE,**
Appellant

v.

Elaine **CLAUSSEN,**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-01-00008-CVK-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On October 26, 2017, Appellant filed her reply brief. On November 7, 2017, Appellee filed a sur-reply brief and moved this court to grant her leave to file a sur-reply brief. *See* TEX. R. APP. P. 38.7.

Appellee's motion is GRANTED; the sur-reply brief is filed.

It is so **ORDERED** on this 17th day of November, 2017.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court